

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

After we granted appellant an extension of time to file appellant's reply brief, it was due December 9, 2015. Appellant has now filed a second motion for extension of time, asking for an additional twenty days to file the reply brief. The motion is unopposed. We **GRANT** appellant's motion and **ORDER** appellant to file his reply brief on or before December 29, 2015. Appellant is advised that no further extension of time to file the reply brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court